UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21826-CIV-WILLIAMS

ALISON CASE,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC. *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Torres' Report & Recommendation. (DE 32). The Report recommends that Defendant Celebrity Cruise Inc.'s motion to dismiss be granted in part and denied in part. Plaintiff filed objections to the Report. (DE 33). After a careful review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 32) is **AFFIRMED AND ADOPTED**.

2. Defendant's motion to dismiss (DE 18) is **GRANTED IN PART AND DENIED IN PART.**

3. Defendant's motion to dismiss Count I is **GRANTED** with leave to amend**.**

4. Defendant's motion to dismiss Counts III and V is **DENIED.**

5. Defendant's motion to strike damages preempted by DOHSA and punitive damages against it is **GRANTED** with prejudice**.**

6. Plaintiff may file an amended complaint as set forth in the Report within fourteen days of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>14th</u> day of January, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE